**Wymon GRIFFIN, Plaintiff–Appellant,**

v.

**PROFESSIONAL POLICE & SECURITY SERVICE; Almamy Conakry; Food Lion, Incorporated, Store # 635, Defendants–Appellees.**

**No. 08–2052.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 12, 2009.

Decided: March 16, 2009.

Wymon Griffin, Appellant Pro Se. Walter Lewis Smith, Jr., Robinson, Elliott & Smith, Charlotte, North Carolina; Julie Lynn Bell, Patterson Dilthey, LLP, Raleigh, North Carolina, for Appellees.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wymon Griffin appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Griffin v. Professional Police & Security Serv.*, No. 3:07–cv–00425–RJC–DCK (W.D.N.C. Aug. 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*